IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Michael Wallace | : | Chapter 13 |
| Michele Wallace | : | |
| | : | Case No. 16-12897ELF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at docket number 89.

Dated: November 25, 2019              /s/ Brad J. Sadek, Esquire
                                                      Brad J. Sadek, Esquire
                                                      Sadek and Cooper
                                                      1315 Walnut Street, Suite 502
                                                      Philadelphia, PA 19107
                                                      215-545-0008